# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL**: One (1) USPS Priority Mail Express parcel bearing USPS tracking number EI 317 200 463 US, addressed to "Shawanda Hitt, 1302 Linden Ave Unit 211, Minneapolis, MN 55403," with a return address of "Mike Kalin, 8990 W. Ironwood, Peoria, AZ 85345." It is a white cardboard box, weighing approximately 1 pound 2.6 ounces, mailed from Peoria, AZ 85345, postmarked May 18, 2022, and bearing $50.35 in postage.

## SEARCH WARRANT

Case Number:    22-9177 MB

TO: MIRANDA GARCIA and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Miranda Garcia, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: One (1) USPS Priority Mail Express parcel bearing USPS tracking number EI 317 200 463 US, addressed to "Shawanda Hitt, 1302 Linden Ave Unit 211, Minneapolis, MN 55403," with a return address of "Mike Kalin, 8990 W. Ironwood, Peoria, AZ 85345." It is a white cardboard box, weighing approximately 1 pound 2.6 ounces, mailed from Peoria, AZ 85345, postmarked May 18, 2022, and bearing $50.35 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1956, AND TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____6/10/2022_____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

_____5/27/22@10:45am_____    at    Phoenix, Arizona
Date and Time Issued                                          City and State

HONORABLE EILEEN S. WILLETT
UNITED STATES MAGISTRATE JUDGE        _____EsWillett_____
Name and Title of Judicial Officer                   Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
### District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One (1) USPS Priority Mail Express parcel bearing USPS tracking number EI  317 200 463 US, addressed to "Shawanda Hitt, 1302 Linden Ave Unit 211, Minneapolis, MN 55403," with a return address of "Mike Kalin, 8990 W. Ironwood, Peoria, AZ 85345." It is a white cardboard box, weighing approximately 1 pound 2.6 ounces, mailed from Peoria, AZ 85345, postmarked May 18, 2022, and bearing $50.35 in postage.

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

Case Number:   22-9177 MB

I, MIRANDA GARCIA, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL**: One (1) USPS Priority Mail Express parcel bearing USPS tracking number EI 317 200 463 US, addressed to "Shawanda Hitt, 1302 Linden Ave Unit 211, Minneapolis, MN 55403," with a return address of "Mike Kalin, 8990 W. Ironwood, Peoria, AZ 85345." It is a white cardboard box, weighing approximately 1 pound 2.6 ounces, mailed from Peoria, AZ 85345, postmarked May 18, 2022, and bearing $50.35 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 18, United States Code, Section 1956, and Title 21, United States Code, Sections 841(a)(1), 843(b) and 846.  The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF MIRANDA GARCIA, WHICH IS MADE A PART HEREOF.

Authorized by AUSA Bruce Van Baren

BRUCE VAN BAREN
Digitally signed by BRUCE VAN BAREN
Date: 2022.05.26 22:30:16 -07'00'

Subscribed electronically and sworn telephonically

Miranda Garcia
Digitally signed by Miranda Garcia
Date: 2022.05.26 21:27:04 -07'00'

Signature of Affiant — MIRANDA GARCIA

5/27/2022@10:45am
_____
Date

at   Phoenix, Arizona
City and State

*EsWillett*

HONORABLE EILEEN S. WILLETT
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Miranda Garcia, being duly sworn, hereby depose and state as follows:

1.     I am a United States Postal Inspector and have been so employed since January 2006.  I have completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics-trafficking via the United States Mail.  I am currently assigned to the Phoenix Division Prohibited Mailings Narcotics Team ("PMNT") in Arizona, which is responsible for investigating narcotic violations involving the United States Mail.  Part of my training as a Postal Inspector included narcotic investigative techniques and the training in the identification and detection of controlled substances being transported in the United States Mail.

2.     I have assisted on numerous narcotics investigations of individuals for violations of Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering) and Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance).  The facts and information contained in this affidavit are based on my personal knowledge as well as that of other Postal Inspectors and law enforcement officers involved in this investigation.

3.   This Affidavit is made in support of an application for search warrant for a United States Postal Service ("USPS") Priority Mail Express Parcel (the "**SUBJECT PARCEL**," as defined below).  I believe the **SUBJECT PARCEL** contains a controlled substance(s) or proceeds from the sale of a controlled substance(s).  However, because

1

the purpose of this affidavit is merely to establish probable cause for the issuance of a search warrant, this affidavit does not contain all of my knowledge regarding the **SUBJECT PARCEL**.

4.   The **SUBJECT PARCEL** is further described as follows: One (1) USPS Priority Mail Express parcel bearing USPS tracking number EI  317 200 463 US, addressed to "Shawanda Hitt, 1302 Linden Ave Unit 211, Minneapolis, MN 55403," with a return address of "Mike Kalin, 8990 W. Ironwood, Peoria, AZ 85345." It is a white cardboard box, weighing approximately 1 pound 2.6 ounces, mailed from Peoria, AZ 85345, postmarked May 18, 2022, and bearing $50.35 in postage.

## BACKGROUND

5.   From my training and experience, as well as the training and experience of other Postal Inspectors on the PMNT, I am aware that the USPS mail system is frequently used to transport controlled substances and/or proceeds from the sale of controlled substances to areas throughout the United States.  I also know that drug traffickers prefer mail/delivery services such as USPS Express Mail and USPS Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point.  When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

6.  Based on my training and experience regarding USPS Express Mail operations, I am aware that the USPS Express Mail service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often:

2

(a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (d) weigh less than eight ounces.   In addition, corporate charge accounts were developed by the USPS to avoid time-consuming cash payments by businesses for business mailings.

7.   Based on my training and experience, I am aware that the USPS Priority Mail service was created as a less expensive alternative to USPS Express Mail overnight delivery, but designed to provide quicker, more reliable service than standard USPS First Class Mail.  Whereas a customer mailing an article via USPS Express Mail expects next-day service, a customer who mails an article via USPS Priority Mail can expect two-to-three-day delivery service.  The USPS also provides a tracking service though a USPS tracking number, which allows the customer to track the parcel and confirm delivery.

8.   Based on my training and experience regarding USPS Priority Mail operations, I am aware that most USPS Priority Mail mailings are business mailings. Businesses have found that USPS Priority Mail is a significantly less expensive method of mailing than USPS Express Mail, particularly when next-day service is not  required. I also know that like USPS Express Mail, USPS Priority Mail business mailings tend to be smaller, lighter mailings, and on average, weigh less than two pounds.  Examples of the typical types of business mailings conducted via USPS Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

9.   From my training, personal experience, and the collective experiences related to me by other USPS Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled

substances, I am aware that Arizona is a source location for controlled substances based on its proximity to the border between the United States and Mexico. As such, controlled substances are frequently transported from Arizona via the USPS, and proceeds from the sale of controlled substances are frequently returned to Arizona via the USPS.

10.     Based on my training and experience regarding the use of USPS Express Mail and USPS Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, I am aware these parcels usually contain some or all of the following characteristics:

a.     The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

b.     The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

c.     The parcel is heavier than the typical mailing, often weighing more than eight ounces for USPS Express Mail, and two pounds for USPS Priority Mail; and

d.     The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances.

4

11. Parcels found to meet any or all of the characteristics described above are often further scrutinized by Postal Inspectors through address verifications and usually an examination by a trained narcotics-detecting canine.

## RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

12. On or about May 20, 2022, Postal Inspectors identified a suspicious parcel mailed from a United States Post Office located in Peoria, Arizona 85345.

13. Upon physical examination of the **SUBJECT PARCEL**, the **SUBJECT PARCEL** met all of the characteristics listed in Paragraph 10. The **SUBJECT PARCEL** bore handwritten address information and was addressed from one individual to another individual. The **SUBJECT PARCEL** does not contain a business account. The **SUBJECT PARCEL** is destined from Arizona to Minnesota. From my training and experience, and the collective experiences related to me by other USPS Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that Arizona is a source location for controlled substances that are mailed to Minnesota, and proceeds from the sale of controlled substances are frequently returned to Arizona from Minnesota via USPS.

14. A database query was conducted regarding the names and addresses for the **SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database accessible to your Affiant. CLEAR associates addresses and telephone numbers to individuals and business entities. The CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records.

15. Through the CLEAR database query, investigators learned the delivery address for the **SUBJECT PARCEL**, 1302 Linden Ave Unit 211, Minneapolis, MN 55403, is an existing, deliverable address; however, the purported recipient, Shawanda Hitt, is not associated with that address.

16. Through the CLEAR database query, investigators learned the return address for the **SUBJECT PARCEL**, 8990 W. Ironwood, Peoria, AZ 85345, is an existing, deliverable street address; however, the purported sender, Mike Kalin, is not associated with that address.

17. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances, I am aware it is common for drug-traffickers to use names not associated with an address or fictitious names and addresses to evade detection by law enforcement.

### SEIZURE OF RELATED PARCEL CONTAINING FENTANYL

18. During this investigation, Postal Inspectors linked the **SUBJECT PARCEL** to parcels that were previously seized and found to contain substances that lab tested positive for fentanyl. Postal Inspectors linked these previously seized parcels to the **SUBJECT PARCEL** using the Postal Inspection Service databases that connect parcels based on common names, addresses, phone numbers, tracking numbers, and/or IP addresses. Specifically, Postal Inspectors ran a reverse search on the IP address that was checking on one of the seized parcels found to contain substances that lab tested positive

for fentanyl and determined that the same IP address was checking the tracking data for parcels going to the recipient address on the **SUBJECT PARCEL**.

**CONCLUSION**

19. Based on these facts, there is probable cause to believe that the **SUBJECT PARCEL** described in Paragraph 4 contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 18, United States Code, Section 1956 (Money Laundering) and/or Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance).

Miranda Garcia   Digitally signed by Miranda Garci
Date: 2022.05.26 21:27:54 -07'00'
_____
Miranda Garcia
United States Postal Inspector


Subscribed electronically and sworn telephonically on this __27__ day of May 2022 at _____.
                        10:45 AM

_____
HONORABLE EILEEN S. WILLETT
UNITED STATES MAGISTRATE JUDGE